1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND CORRECTIONS OFFICER HUSSAIN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT DURHAM,                          | No. C11-3775 LHK
12 |         Plaintiff,                      | **STIPULATION AND ORDER CONTINURING CASE MANAGEMENT CONFERENCE**
13 | v.                                      |
14 | CORRECTIONS OFFICER HUSSEIN, et al.,    |
15 |         Defendants.                     |

16

17     The parties, through their respective counsel of record, hereby stipulate and agree to an order

18 continuing the Case Management Conference from Wednesday, February 15, 2012 to Wednesday,

19 March 28, 2012 (or another date in late March 2012 that the Court deems appropriate).  Good cause

20 exists for this continuance because Mr. Boskovich, counsel for plaintiff, will be unavailable on

21 February 15, 2012 due to surgery that he is scheduled to undergo on Thursday, February 16, 2012.

22     The parties are actively engaged in mediation discussions with mediator David Alexander.

23 The parties have participated in two telephone sessions, each lasting approximately one hour, with

24 Mr. Alexander and two additional telephone discussions between counsel.  Plaintiff is reviewing a

25 surveillance video of this use of force incident in preparation for further discussions and voluntarily

26 releasing medical records concerning Plaintiff's pre-existing medical condition.  The exchange of

27 information has arisen out of the mediation discussions with Mr. Alexander and Mr. Alexander

28 concurs in the scheduling as contemplated by the parties.  The parties will be scheduling further

sessions with Mr. Alexander, expected to occur in early March, once the records are received and reviewed. Mr. Alexander will be unavailable between March 9, 2012 and March 19, 2012.

Apart from this Stipulation and Order continuing the Case Management Conference, the parties do not request any other changes to the Court's Scheduling Order.

I hereby attest that I have on file, the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: February 14, 2012

Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By:       /S/
John L. Winchester, III
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA
AND CORRECTIONS OFFICER HUSSAIN

Dated: February 14, 2012

By:       /S/
ANTHONY BOSKOVICH, ESQ.

Attorney for Plaintiff
ROBERT DURHAM

Pursuant to the parties' stipulation, the Case Management Conference is continued to March 21, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 14, 2012

JUDGE LUCY H. KOH
United States District Court Judge