United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT DURHAM, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS OFFICER HUSSEIN; NURSES NANCY DOE and RACHEL ROE, individual nurses in the Santa Clara County jail system, the identities and exact numbers of whom are unknown to plaintiff at this time; CARL COE and PAULA POE, individually, corrections officers for the Santa Clara County Department of Corrections, the identities and exact numbers of whom are unknown to plaintiff at this time; COUNTY OF SANTA CLARA; DOES 3 to 100, <br><br> Defendants. | Case No.: 11-CV-03775-LHK <br><br> ORDER RE MEDIATION |

On May 4, 2012, the parties requested an extension until May 31, 2012 to complete mediation. ECF No. 18. Good cause having been shown, the Court hereby continues the deadline to complete mediation to June 13, 2012. The parties shall report the outcome of the mediation in their joint case management statement due June 13, 2012. The case management conference remains on June 20, 2012, as previously set.

**IT IS SO ORDERED.**

Dated: June 11, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-03775-LHK
ORDER RE MEDIATION