MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
AND CORRECTIONS OFFICER HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DURHAM,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS OFFICER HUSSEIN, et al.,<br><br>Defendants. | No. C11-3775 LHK<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MEDIATION** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order continuing the Case Management Conference from Wednesday, June 20, 2012 to Wednesday, July 18, 2012, 2:00 p.m., Courtroom 8, before the Honorable Lucy H. Koh. In addition, the parties stipulate and agree that the mediation is continued to June 28, 2012. The mediation will be held at 10:00 a.m. in the offices of the Santa Clara County Counsel, 70 W. Hedding Street, East Wing, 9th Floor, San Jose, California.

///
///
///
///
///
///

1  Apart from this Stipulation and Order continuing the case management conference and
2  mediation, the parties do not request any other changes to the Court's Scheduling Order.
3  I hereby attest that I have on file, the holograph signature indicated by a "conformed"
4  signature (/S/) within this e-filed document.

5  Dated: June 12, 2012                    Respectfully submitted,

6                                          MIGUEL MÁRQUEZ
                                           County Counsel
7

8                                  By:    _____/S/_____
                                           John L. Winchester, III
9                                          Deputy County Counsel

10                                         Attorneys for Defendants
                                           COUNTY OF SANTA CLARA
11                                         AND CORRECTIONS OFFICER HUSSAIN

12

13 Dated: June 12, 2012             By:    _____/S/_____
                                           ANTHONY BOSKOVICH, ESQ.
14

15                                         Attorney for Plaintiff
                                           ROBERT DURHAM
16

17 SO ORDERED:

18

19 Dated: June 12, 2012             *Lucy H. Koh*
                                           JUDGE LUCY H. KOH
20                                         United States District Court Judge