1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND CORRECTIONS OFFICER HUSSAIN

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT DURHAM,                        No. C11-3775 LHK

12            Plaintiff,                 **STIPULATION AND ORDER**
                                         **CONTINUING CASE MANAGEMENT**
13 v.                                    **CONFERENCE AND MEDIATION**

14 CORRECTIONS OFFICER HUSSEIN, et al.,

15            Defendants.

16

17        The parties, through their respective counsel of record, hereby stipulate and agree to an order

18 continuing the Case Management Conference from Wednesday, June 20, 2012 to Wednesday, July

19 18, 2012, 2:00 p.m., Courtroom 8, before the Honorable Lucy H. Koh.  In addition, the parties

20 stipulate and agree that the mediation is continued to June 28, 2012.  The mediation will be held at

21 10:00 a.m. in the offices of the Santa Clara County Counsel, 70 W. Hedding Street, East Wing, 9th

22 Floor, San Jose, California.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    Apart from this Stipulation and Order continuing the case management conference and

2  mediation, the parties do not request any other changes to the Court's Scheduling Order.

3    I hereby attest that I have on file, the holograph signature indicated by a "conformed"

4  signature (/S/) within this e-filed document.

5  Dated:  June 12, 2012                              Respectfully submitted,

6                                                     MIGUEL MÁRQUEZ
                                                      County Counsel
7

8                                          By:    _____/S/_____

9                                                 John L. Winchester, III
                                                  Deputy County Counsel
10
                                                  Attorneys for Defendants
11                                                COUNTY OF SANTA CLARA
                                                  AND CORRECTIONS OFFICER HUSSAIN
12

13  Dated:  June 12, 2012                     By:    _____/S/_____
                                                  ANTHONY BOSKOVICH, ESQ.
14
                                                  Attorney for Plaintiff
15                                                ROBERT DURHAM

16

17  SO ORDERED:

18

19  Dated:  ___June 12, 2012___              _Lucy H. Koh_____

20                                           JUDGE LUCY H. KOH
                                             United States District Court Judge
21

22

23

24

25

26

27

28

Stip and Order Continuing CMC                                              C11-3775 LHK