1  Anthony Boskovich, No. 121198
   policemisconduct@compuserve.com
2  Law Offices of Anthony Boskovich
   28 N. First Street, 6th Floor
3  San Jose, California 95113-1210

4  408-286-5150

5  Attorney for plaintiff ROBERT DURHAM

6

7

8         **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

12 ROBERT DURHAM,                                )
                              *Plaintiff*,       )   No.  CV11-03775 LHK
13 v.                                            )
                                                 )   STIPULATION FOR
14 CORRECTIONS OFFICER HUSSEIN;                  )   DISMISSAL OF CORRECTIONS
   NURSES NANCY DOE and RACHEL ROE,              )   OFFICER HUSSEIN AND
15 individual nurses in the Santa Clara County jail ) [PROPOSED] ORDER
   system, the identities and exact numbers of whom )
16 are unknown to plaintiff at this time; CARL   )
   COE and PAULA POE, individually, corrections  )
17 officers for the Santa Clara County Department of )
   Corrections, the identities and exact numbers of )
18 whom are unknown to plaintiff at this time;   )
   COUNTY OF SANTA CLARA; DOES 3 to 100, )
19                            *Defendants*.      )
                                                 )

20

21         **IT IS HEREBY STIPULATED** by and between the parties to this action through their

22 designated counsel that defendants CORRECTIONS OFFICER HUSSEIN be and hereby are

23 dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each side shall

24 //

25 //

26 //

27 //

28 Stipulation and [Proposed] Order Dismissing Corrections Officer Hussein                    Page 1

*(Left margin: Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150)*

bear its own attorney's fee and costs.

Dated: 11 September 2012

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

Dated: 11 September 2012

/s/ John Winchester
_____
John Winchester
Attorney for Defendants

**ORDER**

Pursuant to the stipulation of the parties, defendant CORRECTIONS OFFICER HUSSAIN is dismissed with prejudice. Each side shall bear its own attorney's fee and costs.

Dated: September 12, 2012

*Lucy H. Koh*
_____
Lucy H. Koh
United States District Court Judge