**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT DURHAM, | Case No.: 11-CV-03775-LHK |
| Plaintiff, | ORDER RE FILING OF STIPULATION OF DISMISSAL AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING UPCOMING DEADLINES AND PENDING COURT DATES |
| v. | |
| CORRECTIONS OFFICER HUSSEIN; NURSES NANCY DOE and RACHEL ROE, individual nurses in the Santa Clara County jail system, the identities and exact numbers of whom are unknown to plaintiff at this time; CARL COE and PAULA POE, individually, corrections officers for the Santa Clara County Department of Corrections, the identities and exact numbers of whom are unknown to plaintiff at this time; COUNTY OF SANTA CLARA; DOES 3 to 100, | |
| Defendants. | |

On September 14, 2012, Plaintiff Robert Durham filed a Notice of Settlement stating that Plaintiff has settled with all Defendants. ECF No. 28. In light of the parties' settlement, the parties are hereby ORDERED to file a Stipulation of Dismissal by October 8, 2012. The upcoming case management conference, which is scheduled for September 19, 2012, is hereby CONTINUED to October 24, 2012. All other upcoming deadlines and pending Court dates in this matter are hereby

//

1

Case No.: 11-CV-03775-LHK
ORDER RE FILING OF STIPULATION OF DISMISSAL AND ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND VACATING UPCOMING DEADLINES AND PENDING COURT DATES

1  VACATED.

2  **IT IS SO ORDERED.**

3  Dated: September 17, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 11-CV-03775-LHK
ORDER RE FILING OF STIPULATION OF DISMISSAL AND ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND VACATING UPCOMING DEADLINES AND PENDING COURT DATES