UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT DURHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>CORRECTIONS OFFICER HUSSEIN;<br>NURSES NANCY DOE and RACHEL ROE,<br>individual nurses in the Santa Clara County jail<br>system, the identities and exact numbers of<br>whom are unknown to plaintiff at this time;<br>CARL COE and PAULA POE, individually,<br>corrections officers for the Santa Clara County<br>Department of Corrections, the identities and<br>exact numbers of whom are unknown to plaintiff<br>at this time; COUNTY OF SANTA CLARA;<br>DOES 3 to 100,<br><br>  Defendants. | Case No.: 11-CV-03775-LHK<br><br>ORDER RE FILING OF STIPULATION<br>OF DISMISSAL AND ORDER<br>CONTINUING CASE MANAGEMENT<br>CONFERENCE AND VACATING<br>UPCOMING DEADLINES AND<br>PENDING COURT DATES |

On September 14, 2012, Plaintiff Robert Durham filed a Notice of Settlement stating that Plaintiff has settled with all Defendants. ECF No. 28. In light of the parties' settlement, the parties are hereby ORDERED to file a Stipulation of Dismissal by October 8, 2012. The upcoming case management conference, which is scheduled for September 19, 2012, is hereby CONTINUED to October 24, 2012. All other upcoming deadlines and pending Court dates in this matter are hereby

//

1

VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
LUCY H. KOH
United States District Judge