Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff ROBERT DURHAM

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT DURHAM,<br>      *Plaintiff*,<br>v.<br>CORRECTIONS OFFICER HUSSEIN;<br>NURSES NANCY DOE and RACHEL ROE,<br>individual nurses in the Santa Clara County jail system, the identities and exact numbers of whom are unknown to plaintiff at this time; CARL COE and PAULA POE, individually, corrections officers for the Santa Clara County Department of Corrections, the identities and exact numbers of whom are unknown to plaintiff at this time; COUNTY OF SANTA CLARA; DOES 3 to 100,<br>      *Defendants*. | No. CV11-03775 LHK<br><br>ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE DISMISSAL AND [PROPOSED] ORDER |

**PLEASE TAKE NOTICE** that plaintiff Robert hereby requests that this court enlarge time in which to file the dismissal in this matter from 8 October 2012 to 19 October 2012

On 14 September 2012, plaintiff filed a Notice of Settlement in this matter. On 17 September 2012, this Court issued an order commanding that the parties file their dismissal by 8 October 2012. Defendants prepared a settlement agreement that was circulated to plaintiff. Plaintiff has expressed concern regarding certain provisions of the agreement with respect to waiver of certain future claims and indemnification. This case is more complex than most in that plaintiff's medical

Administrative Motion to Enlarge Time to File Dismissal                     Page 1

expenses were paid by both Medi-Cal and Medicare, and, as the Court is aware, the rules with respect Medicare's rights and duties are in a state of transition and actually the subject of Supreme Court review in *E.M.A. ex rel. Plyler v. Cansler*, 674 F.3d 290 (4th Cir.2012), *cert.* granted, *Delia v. E.M.A.*, 2012 U.S. LEXIS 5284 (9/25/12). The parties are confident that the language of the settlement agreement can be modified to the satisfaction of all, and request a brief enlargement of time to accomplish this.

Dated: 8 October 2012

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

**ORDER**

**GOOD CAUSE APPEARING**, it is **ORDERED** that the parties file their stipulation for dismissal no later than 19 October 2012. The October 24, 2012 case management conference remains as set.

Dated: October 11, 2012

*[signature: Lucy H. Koh]*
Lucy H. Koh
United States District Court Judge

Administrative Motion to Enlarge Time to File Dismissal — Page 2