1  Anthony Boskovich, No. 121198
   policemisconduct@compuserve.com
2  Boskovich & Appleton
   28 N. First Street, 6th Floor
3  San Jose, California 95113-1210

4  408-286-5150

5  Attorney for plaintiff ROBERT DURHAM

6

7

8        **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN JOSE DIVISION**

11

12 ROBERT DURHAM,                          )     No.  CV11-03775 LHK
                        *Plaintiff,*       )
13 v.                                      )     ADMINISTRATIVE MOTION
                                           )     TO ENLARGE TIME TO FILE
14 CORRECTIONS OFFICER HUSSEIN;            )     DISMISSAL AND ~~[PROPOSED]~~
   NURSES NANCY DOE and RACHEL ROE,        )     ORDER
15 individual nurses in the Santa Clara County jail )
   system, the identities and exact numbers of whom )
16 are unknown to plaintiff at this time; CARL )
   COE and PAULA POE, individually, corrections )
17 officers for the Santa Clara County Department of )
   Corrections, the identities and exact numbers of )
18 whom are unknown to plaintiff at this time; )
   COUNTY OF SANTA CLARA; DOES 3 to 100, )
19                        *Defendants.*    )
                                           )
20

21        **PLEASE TAKE NOTICE** that plaintiff Robert hereby requests that this court enlarge time

22 in which to file the dismissal in this matter from 8 October 2012 to 19 October 2012

23        On 14 September 2012, plaintiff filed a Notice of Settlement in this matter.   On 17

24 September 2012, this Court issued an order commanding that the parties file their dismissal by 8

25 October 2012. Defendants prepared a settlement agreement that was circulated to plaintiff.  Plaintiff

26 has expressed concern regarding certain provisions of the agreement with respect to waiver of certain

27 future claims and indemnification.  This case is more complex than most in that plaintiff's medical

28 Administrative Motion to Enlarge Time to File Dismissal                        Page 1

*Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

1   expenses were paid by both Medi-Cal and Medicare, and, as the Court is aware, the rules with

2   respect Medicare's rights and duties are in a state of transition and actually the subject of Supreme

3   Court review in *E.M.A. ex rel. Plyler v. Cansler*, 674 F.3d 290 (4th Cir.2012), *cert.* granted, *Delia v.*

4   *E.M.A.*, 2012 U.S. LEXIS 5284 (9/25/12).  The parties are confident that the language of the

5   settlement agreement can be modified to the satisfaction of all, and request a brief enlargement of

6   time to accomplish this.

7

8   Dated: 8 October 2012

9

10

11                              /s/ Anthony Boskovich

12          _____

13                              Anthony Boskovich
                                Attorney for plaintiff

14                                **ORDER**

15

16      **GOOD CAUSE APPEARING**, it is **ORDERED** that the parties file their stipulation for

17   dismissal no later than 19 October 2012.  The October 24, 2012 case management conference remains

18   as set.

19   Dated: October 11, 2012

20

21          *Lucy H. Koh*

22          _____

23          Lucy H. Koh
            United States District Court Judge

24

25

26

27

28   Administrative Motion to Enlarge Time to File Dismissal                                  Page 2

*Boskovich & Appleton  28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*