1 | Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
2 | Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
3 | San Jose, California 95113-1210

4 | 408-286-5150

5 | Attorney for plaintiff ROBERT DURHAM

6

7

8 | **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11

12 | ROBERT DURHAM,

        *Plaintiff,*

13 | v.

14 | CORRECTIONS OFFICER HUSSEIN;
NURSES NANCY DOE and RACHEL ROE,
15 | individual nurses in the Santa Clara County jail
system, the identities and exact numbers of whom
16 | are unknown to plaintiff at this time; CARL
COE and PAULA POE, individually, corrections
17 | officers for the Santa Clara County Department of
Corrections, the identities and exact numbers of
18 | whom are unknown to plaintiff at this time;
COUNTY OF SANTA CLARA; DOES 3 to 100,
19 |         *Defendants.*

No.  CV11-03775 LHK

STIPULATION FOR
DISMISSAL AND [PROPOSED]
ORDER

20

21 |   **IT IS HEREBY STIPULATED** by and between the parties to this action through

22 | their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

23 | //

24 | //

25 | //

26 | //

27 | //

28 | Stipulation and [Proposed] Order for Dismissal                  Page 1

*Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*

1    pursuant to Federal Rules of Civil Procedure 41(a)(1).

2

3

4    Dated: 8 October 2012

                                        /s/ Anthony Boskovich
5                          _____
6                                         Anthony Boskovich
                                          Attorney for plaintiff
7

8    Dated: 8 October 2012

9

10

                                        /s/ John Winchester
11                         _____
12                                        John Winchester
                                          Attorney for Defendants
13

14

15                                          **ORDER**

16

17

18              Pursuant to the stipulation of the parties, the matter is dismissed.

19

20   Dated: October 16, 2012

21

22

23          Lucy H. Koh
            United States District Court Judge

24

25

26

27

28   Stipulation and [Proposed] Order for Dismissal                          Page 2

*Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*