Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff ROBERT DURHAM

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

ROBERT DURHAM,
        *Plaintiff,*
v.

CORRECTIONS OFFICER HUSSEIN;
NURSES NANCY DOE and RACHEL ROE,
individual nurses in the Santa Clara County jail
system, the identities and exact numbers of whom
are unknown to plaintiff at this time; CARL
COE and PAULA POE, individually, corrections
officers for the Santa Clara County Department of
Corrections, the identities and exact numbers of
whom are unknown to plaintiff at this time;
COUNTY OF SANTA CLARA; DOES 3 to 100,
        *Defendants.*

No. CV11-03775 LHK

STIPULATION FOR
DISMISSAL AND [PROPOSED]
ORDER

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

//
//
//
//
//

Stipulation and [Proposed] Order for Dismissal      Page 1

pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: 8 October 2012

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

Dated: 8 October 2012

/s/ John Winchester
_____
John Winchester
Attorney for Defendants

**ORDER**

Pursuant to the stipulation of the parties, the matter is dismissed.

Dated: October 16, 2012

*Lucy H. Koh*
_____
Lucy H. Koh
United States District Court Judge

Stipulation and [Proposed] Order for Dismissal — Page 2